

Attorneys at Law

Eric W. Moran
t  212.351.4510
f  212.878.8600
EMoran@ebglaw.com

February 28, 2025

**VIA ECF**

Hon. Jesse M. Furman
District Judge, U.S. District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY  10007

    Re:    <u>CoEnterprise, LLC. v. Jones,</u> Case No. 25-cv-00543

Dear Judge Furman:

    Pursuant to Rule 7 of this Court's Individual Rules and Practices in Civil Cases, Plaintiff CoEnterprise, LLC ("CoEnterprise") respectfully seeks leave to file the Declaration of Michael Rabinowitz in Support of CoEnterprise's Motion for Leave to Serve by Alternate Means Under Federal Rule of Civil Procedure 4(e), dated February 26, 2025, and the exhibits thereto (the "Rabinowitz Declaration and Exhibits"), in redacted form.

    As the Court is aware, this matter involves allegations and evidence related to threats by Kevin Donelson Jones ("Defendant"), CoEnterprise's former employee, to disclose misappropriated trade secrets, to disparage and defame CoEnterprise and its executives, and to interfere and otherwise do harm to CoEnterprise's valued business relationships. If the trade secrets, the methods and means of the misappropriation, or identity of the individuals and companies to whom the Defendant is threating to disclose the trade secrets, are aired publicly, it would cause substantial risk of harm to CoEnterprise's business.

    Furthermore, in an effort to interfere with CoEnterprise's business, Defendant has threatened to disparage and defame CoEnterprise and its executives by publishing damaging statements that falsely attribute to them conduct of moral turpitude, deviations from business ethics, and the commission of crimes. These threats are part of a broader effort to extort money from CoEnterprise, and airing evidence of these false, disparaging, and defamatory statements publicly would visit upon CoEnterprise and its executives the very harm that Defendant has threatened to inflict, unless he receives payment.

Hon. Jesse M. Furman
February 28, 2025
Page 2

      Accordingly, to protect CoEnterprise from further harm, CoEnterprise proposes narrowly tailored redactions to the Rabinowitz Declaration and Exhibits insofar as such documents reference Defendant's disparaging and defamatory statements and the identity of the individuals and companies to whom the Defendant is threating to disclose. These circumstances present sufficient, compelling reasons to overcome the presumption in favor of public access to such information, and grant leave to make the limited proposed redactions.

      In addition, given the personal and private nature of Defendant's threats, the Rabinowitz Declaration and Exhibits contain personal information related to CoEnterprise's CEO and other employees. The privacy interests of CoEnterprise's CEO and its employees for resisting disclosure of this information outweighs the public interest in such information, as well.

      We thank the Court for its time and attention to this matter and remain available should the Court require additional information.

                        Respectfully submitted,

                        /s/ Eric W. Moran

cc:    Michael Gay, Esq. (via email)
       Kevin Donelson Jones (via email)

Application GRANTED IN PART. To the extent that Plaintiff seeks to redact private information related to employees or third parties (including the identities of such third parties), the Court finds that those redactions are narrowly tailored to reasons that justify overcoming the presumption in favor of public access to judicial documents. To the extent that Plaintiff seeks to redact generically disparaging remarks or epithets, the Court finds the redactions unwarrranted. The Court further notes that the first Exhibit to the supporting Declaration of Michael Rabinowitz, *see* ECF No. 37-1, does not appear to have been filed under seal in fully unredacted form. No later than **March 5, 2025**, Plaintiff is directed to refile the Rabinowitz Declaration and its Exhibits with redactions consistent with this Order. The Clerk of Court is directed to terminate ECF No. 34.

                        SO ORDERED.

                        March 3, 2025