## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
COENTERPRISE, LLC,

                            Plaintiff,                         25 **CIVIL** 00543 (JMF)

       -against-                                   **JUDGMENT**
                                                           Attorney's Fees and Costs

KEVIN DONELSON JONES,

                            Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum Opinion and Order dated June 30, 2025, Judgment is entered in favor of Plaintiff for $119,320.34 in attorneys' fees and costs. Finally, IT IS FURTHER ORDERED that Plaintiff shall promptly serve a copy of this Memorandum Opinion and Order and the Judgment on Defendant in accordance with the Courts order of March 4, 2025, ECF No. 43, by emailing both to the following addresses, which shall be deemed good and sufficient service thereof: kevindonjones866@ gmail.com, kevindonjones16@gmail.com, johndoepinkley@gmail.com, tommyboyserradoce@gmail.com, and kevindonjones@yahoo.com.

**Dated:**  New York, New York

      July 1, 2025

                                                              **TAMMI M. HELLWIG**

                                                               **Clerk of Court**

                              **BY:**

                                                               **Deputy Clerk**